IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALEXANDER CALDERÓN-LÓPEZ,

    **Plaintiff,**

        **v.**                                    **Civil No.** 16-1055 (FAB)

UNITED STATES, *et al.*,

    **Defendants.**

**JUDGMENT**

In accordance with the Order entered today (docket no. 63), this case is **DISMISSED with prejudice**.

The case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, December 3, 2018.

                                                s/ Francisco A. Besosa
                                                FRANCISCO A. BESOSA
                                                UNITED STATES DISTRICT JUDGE